Commonwealth ex rel. Newman *v.* Newman,
Appellant.

Argued
June 12, 1975. *Michael J. Pepe, Jr.,* for appellant; *Mary
Bell Hammerman,* for appellee.

Order affirmed.

Commonwealth ex rel. Ogrod, Appellant, *v.* Ogrod.

Argued June 12, 1975. *Olga Ogrod,* appellant, in
propria persona; *Barney B. Welsh,* with him *Ominsky,
Koral & Welsh,* for appellee.

Order affirmed.

Commonwealth ex rel. Politz, Appellant, *v.* Politz.

Argued June 16, 1975. *Mark D. Seltzer,* with him *Wilbur
Greenberg,* and *Sidkoff, Pincus, Greenberg & Golden,* for
appellant; *Saul Jay Solomon,* for appellee.

Order affirmed.